## MILLER v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 33, September Term, 1963.]

*Decided May 7, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

For the reasons assigned in Judge Cullen's opinion below, the application for leave to appeal will be denied.

*Application denied.*